In the Matter of the Transfer Tax upon the Estate of
EDMUND D. TELLER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK,
Appellant; LENA TELLER, Individually and as
Executrix, Respondent.

*Matter of Teller*, 178 App. Div. 450, appeal dismissed.

(Argued February 25, 1918; decided March 12, 1918.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 7, 1917, modifying and affirm-
ing as modified an order of the New York County Sur-
rogate's Court declaring the estate of Edmund D. Teller,
deceased, exempt from transfer tax. The personal
estate of the deceased consisted of several mortgages
held jointly with his wife and a joint bank account.
The Appellate Division modified the order of the sur-
rogate and imposed a tax upon one-half of the value of
the estate.

The following question was certified: " Is the whole of
a joint estate created subsequent to chapter 664, Laws of
1915, taking effect May 20, 1915, taxable as a transfer
upon the death of one of the joint tenants? "

*Alexander Otis, Schuyler C. Carlton* and *Lafayette B.
Gleason* for appellant.

*Walter B. Solinger* and *Fernando Solinger* for respondent.

Appeal dismissed, with costs, on the ground that the
question certified is not presented by the record; no
opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, CARDOZO, POUND and ANDREWS, JJ.